1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

EASTERN DISTRICT OF CALIFORNIA

8
9

| | |
|---|---|
| WILLIE WEAVER, | CASE NO. 1:06-CV-00946-AWI-SMS-P |
| Plaintiff, | ORDER DISMISSING ACTION, WITH PREJUDICE, DUPLICATIVE OF CASE NUMBER 1:06-CV-00868-AWI-WMW-P |
| v. | |
| CALIFORNIA CORRECTIONAL INSTITUTION SECOND WATCH, et al., | (Doc. 1) |
| Defendants. | |
| _____/ | |

10
11
12
13
14
15
16

    Plaintiff Willie Weaver ("plaintiff") is a state prisoner proceeding pro se in this civil rights

17  action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on July 21, 2006.  Plaintiff neither

18  paid the $350.00 filing fee in full nor filed a completed application to proceed in forma pauperis.

19      Plaintiff alleges in his complaint that he is being threatened, harassed, called names, and

20  watched from wall cameras.  The allegations in this action are virtually indistinguishable from the

21  allegations set forth in case number 1:06-CV-00868-AWI-WMW-P Weaver v. California

22  Correctional Institution Second Watch, filed on July 10, 2006.  Further, the allegations are nearly

23  identical to those set forth in case number 1:06-CV-00429-AWI-SMS-P Weaver v. California

24  Correctional Institution Confinement SHU, which was dismissed on September 13, 2006, for failure

25  to state a claim and frivolity.

26  ///

27  ///

28  ///

1      Accordingly, this action is HEREBY DISMISSED, with prejudice, on the ground that it is

2   duplicative of case number 1:06-CV-00868-AWI-WMW-P Weaver v. California Correctional

3   Institution Second Watch.

4

5   IT IS SO ORDERED.

6   **Dated:    October 3, 2006    **                    **/s/ Anthony W. Ishii**
    0m8i78                              UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28